# *UNITED STATES DISTRICT COURT*

# *NORTHERN DISTRICT OF NEW YORK*

---

**Anthony G. Gill**

    vs.

**Kathleen Frawley, et al**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   9:02-CV-1380


    ☐   **JURY VERDICT.**   This action came before this Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**   **DECISION BY COURT.**   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IS GRANTED AND PLAINTIFF'S COMPLAINT IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED JUNE 22, 2006.

Dated:   June 22, 2006

*[signature]*
Clerk of Court

s/S. Potter
By:   Deputy Clerk